FRANKLIN COMMERCIAL DISCOUNT COMPANY, RESPOND-
ENT, v. HENRY J. GOODMAN, APPELLANT.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellant, *David Saperstein.*

For the respondent, *Aaron A. Melniker.*

PER CURIAM.

We conclude that the judgment under review should be
affirmed, and, save in one particular, for the reasons stated
in the *per curiam* opinion of the Supreme Court. That court
refused to consider attacks on the charge as not supported by
proper exceptions, and laid down the same rule touching
exceptions to the charge that this court disapproved in *Lyon*
v. *Fabricant,* 113 *N. J. L.* 62; 172 *Atl. Rep.* 567. As in
that case, we have also in this examined the exceptions on
their merits, and fail to find therein any misdirection which
after examination of the whole case appears to have injur-
iously affected the substantial rights of the appellant.

The judgment is therefore affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE,
BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD,
DEAR, WELLS, JJ. 12.

*For reversal*—None.